■ RICHARD D. OLSON et al., Appellants, v MICHAEL B. GOLDENTHAL, Respondent. (And a Third-Party Action.)—In an action *inter alia* to recover damages for legal malpractice, in which the complaint was dismissed at the close of the plaintiffs' case, at a jury trial, plaintiffs appeal from an order of the Supreme Court, Nassau County, dated April 25, 1975, which denied their motion for a new trial. Appellants are directed to serve and file, within 60 days after entry of the order to be made hereon, a supplemental appendix to their record on appeal which shall contain the transcript of the minutes of the trial. In the interim the appeal will be held in abeyance. Hopkins, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ PERRY A. ORENS, as Executor, Respondent, v PEL's FOOD, INC., et al., Appellants.—In an action commenced by a motion for summary judgment in lieu of complaint, defendants appeal from (1) an order of the Supreme Court, Nassau County, dated December 2, 1975, which granted plaintiff's motion for summary judgment and denied their cross motion to join additional parties and (2) an order of the same court, dated January 13, 1976, which denied their motion for reargument. Appeal from the order dated January 13, 1976 dismissed. No appeal lies from an order which denies a motion for reargument. Order dated December 2, 1975 affirmed. Respondent is awarded one bill of $50 costs and disbursements to cover both appeals. Execution of the note and default in payment having been established by plaintiff, and not denied by defendants, it was incumbent on them to come forward with proof of evidentiary facts showing the existence of a genuine and substantial issue (see *Mills v Ryan,* 41 AD2d 689). Such facts have not been established. The existence of an alleged oral agreement does not affect existing promissory notes. Hopkins, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ JOSEPH PASQUINO, Respondent, v PAUL J. WHITE, JR., et al., Appellants.—In an action on a contract, defendants appeal (by permission) from an order of the Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts, dated February 10, 1976, which modified a judgment of the County Court, Westchester County, entered January 7, 1975, which, after a nonjury trial, dismissed the complaint and the counterclaims. Order affirmed, with costs. We hold that the order appealed from was properly made. Martuscello, Acting P. J., Latham, Cohalan, Rabin and Hawkins, JJ., concur.